542

for respondent.

No. 370. MONTROSE CEMETERY Co. v. COMMISSIONER OF INTERNAL REVENUE. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Elden McFarland* and *E. J. Quinn* for petitioner. *Solicitor General Jackson* for respondent.

No. 355. UNITED STATES v. MOSCOW FIRE INSURANCE Co. ET AL. October 23, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. The petitioner having applied for a stay pending the final disposition of the cause in this Court, It is hereby ordered that the application for a stay be granted and that the Bank of New York & Trust Company (Bank of New York) be, and it hereby is stayed from making any payment whatsoever pursuant to the judgment of the Supreme Court of the State of New York dated August 22, 1934 until further order of this Court. MR. JUSTICE REED took no part in the consideration and decision of these applications. *Solicitor General Jackson* for the United States. *Messrs. Paul C. Whipp* and *Lounsbury D. Bates* for Lucke; *Mr. Samson Selig* for Sawyer et al:; *Mr. George H. Engelhard* for Jakubovic et al.; *Mr. Hartwell Cabell* for Heckscher & Gottlieb et al.; and *Mr. Borris M. Komar* for Morro et al., respondents.

No. 383. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. CLIFFORD. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for

petitioner. *Mr. F. H. Stinchfield* for respondent. ▮

No. 384. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WOOD. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. Ralph S. Rounds* for respondent. ▮

No. 386. DICKINSON INDUSTRIAL SITE, INC. *v.* COWAN ET AL. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Walter A. Wade, Benjamin Wham,* and *George W. Ott* for petitioner. *Mr. Samuel E. Hirsch* for respondents. ▮

No. 419. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* KEHOE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Leo W. White, R. M. O'Hara, W. H. Gillespie,* and *Robert T. McCracken* for respondent. ▮

No. 399. BRYANT ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. J. Gilmer Körner, Jr.* and *David S. Day* for petitioners. *Solicitor General Jackson* for respondent. ▮

No. 437. McCABE *v.* BOSTON TERMINAL CO. November 13, 1939. Petition for writ of certiorari to the Supe-